

INNOCENCE PROJECT

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
40 Worth Street, Suite 701
New York, NY 10013
Tel 212.364.5340
Fax 212.364.5341
www.innocenceproject.org



REC'D IN COURT OF APPEALS
12th Court of Appeals District
AUG 06 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

July 31, 2015

*Via Certified Mail/Return Receipt*

Cathy Lusk
Clerk of the Court
Twelfth Court of Appeals
1517 West Front St., Suite 354
Tyler, TX 75702

Re:   *State of Texas vs. Kenneth L. Snow*
      *Case No. 12-08-00438-CR*

Dear Ms. Lusk:

The Innocence Project is currently reviewing the case of Kenneth L. Snow. Mr. Snow pled guilty to aggravated robbery on November 12,1998 before Honorable Cynthia S. Kent in the 241St District Court, Smith County, Case No. 241-80726-97.

We are currently seeking copies of appellate briefs and plea hearing transcript from this case. We would greatly appreciate it if you would be so kind as to check your files for any record of this case. Enclosed with this letter is a copy of our case evaluation authorization form which allows us to acquire documents on the defendant's behalf for evaluation purposes.

Please feel free to call, write, or e-mail me if you have any questions or concerns. Also, please let me know if there is a fee involved for processing this request or obtaining the documents. Thank you for your time.

Sincerely,

Elena Aviles
Document Manager
(212) 364-5351
eaviles@innocenceproject.org

Enclosure

Benjamin N. Cardozo School of Law, Yeshiva University

## DO NOT DUPLICATE

**The Innocence Project, Inc.**
**Benjamin N. Cardozo School of Law**
**100 Fifth Avenue, 3rd Floor**
**New York, NY 10011**


RECEIVED
MAR 0 6 2006
BY:_____

## INNOCENCE PROJECT
## CASE EVALUATION AUTHORIZATION FORM

This document authorizes and directs any persons or government agencies including, but not limited to, police, prosecution, sheriff, probation, and parole officers and officials, to release to the Innocence Project and any attorney, staff member, student, or volunteer working under its purview, any and all documents and other materials in their possession pertaining to me or my case.

This document authorizes and directs attorneys who have previously represented me or from whom I have sought legal advice and their agents, to release to the Innocence Project and any attorney, staff member, student, or volunteer working under its purview, any documents pertaining to me or my case and to disclose to the Innocence Project any confidential information or privileged communications

This document authorizes any attorney, staff member, student, or volunteer working with the Innocence Project to communicate with any persons or government agencies having information relevant to the evaluation of my case, including, but not limited to, attorneys who have previously represented me or from whom I have sought legal advice, as well as police, prosecution, sheriff, corrections, probation, and parole officers and officials. This document further authorizes the Innocence Project to examine, receive, and/or photocopy any and all documents pertaining to me or my case that are in the possession of such persons or agencies.

This document authorizes any attorney, staff member, student, or volunteer working with the Innocence Project to communicate with any persons or organizations, including, but not limited to, members of the Innocence Network regarding the evaluation, progress, and/or status of my request for legal assistance.

In all other respects, my interactions with the Innocence Project will remain privileged and confidential.

This document serves as authorization for the Innocence Project's evaluation purposes only. I understand that the Innocence Project does not represent me.

DATED: **3/2/06**
(Month/Day/Year)

SIGNATURE: _Kenneth Leon Snow_

YOUR NAME: _Kenneth Leon Snow_
(Please print name)

ADDRESS: _Mark W. Stiles_
_3060 FM 3514_
_Beaumont, TX 77705_